UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUFF, | No. 2:15-cv-01394-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| ROD ABBOTT, | |
| Defendant. | |

Plaintiff John Muff filed this action on July 1, 2015 (ECF No. 1) and now requests permission to proceed *in forma pauperis* (IFP). (ECF No. 2.) As explained below, the court GRANTS plaintiff's request.

I.   DISCUSSION

A party instituting a civil action in a United States district court, except for an application for a writ of habeas corpus, must pay a filing fee of $400.00.  28 U.S.C. § 1914.  If a party, however, is granted leave to proceed *in forma pauperis*, an action may proceed without prepaying the entire fee.  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  To qualify for IFP status, a party need not show that he or she is entirely destitute.  *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948).  Yet, "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either

/////

1

1  frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material
2  part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).
3          Here, plaintiff is entitled to IFP status.  In the application to proceed without
4  prepayment of fees and affidavit, form number AO 240, plaintiff, under penalty of perjury, states
5  he is unemployed; has no current monthly income; has $55.00 in a bank account; no assets; and
6  has total monthly expenses in the amount of $1,166.  (ECF No. 2.)  Accordingly, based on these
7  circumstances, the court finds plaintiff qualifies for IFP status.
8  II.    CONCLUSION
9          For the foregoing reasons, the court orders as follows:
10         1.  Plaintiff's motion to proceed *in forma pauperis* is GRANTED.
11         2.  Service is appropriate for defendant.
12         3.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is
13             directed to serve within ninety days of the date of this order, all process
14             pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's
15             status order, without prepayment of costs.
16         4.  The Clerk of the Court shall send plaintiff one USM-285 form for each named
17             defendant, one summons, a copy of the complaint, an appropriate form for
18             consent to trial by a magistrate judge, and this court's status order.
19         5.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date
20             this order is filed, all information needed by the Marshal to effect service of
21             process, and <u>shall file a statement with the court that said documents have been</u>
22             <u>submitted to the United States Marshal</u>.  The court anticipates that, to effect
23             service, the U.S. Marshal will require at least:
24                 a. One completed summons for each defendant;
25                 b. One completed USM-285 form for each defendant;
26                 c. One copy of the endorsed filed complaint for each defendant, with an
27                    extra copy for the U.S. Marshal;
28                 d. One copy of this court's status order for each defendant; and

        e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. (916) 930-2030.

IT IS SO ORDERED.

DATED: July 8, 2015.

_____
UNITED STATES DISTRICT JUDGE